NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, OMAN FASTENERS, LLC,**
*Defendants-Appellees*

---

2018-1250

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00214-RWG, 1:15-cv-00228-RWG, Senior Judge Richard W. Goldberg.

---

**JUDGMENT**

---

ADAM H. GORDON, The Bristol Group PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by PING GONG.

MIKKI COTTET, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOSEPH H. HUNT, JEANNE DAVIDSON, PATRICIA M. MCCARTHY; IAN ANDREW MCINERNEY, Office of the Chief Counsel for Trade Enforcement and Compliance, United

States Department of Commerce, Washington, DC.

MICHAEL PAUL HOUSE, Perkins Coie, LLP, Washington, DC, argued for defendant-appellee Oman Fasteners, LLC. Also represented by ANDREW CARIDAS, SHUAIQI YUAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>September 12, 2019</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court